## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Joseph C.M. Mosley,

               Plaintiff,      Case No. 25-14155

v.                       Judith E. Levy
                       United States District Judge

Detroit Board of Police
Commissioners,         Mag. Judge Curtis Ivy, Jr.

              Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S COMPLAINT AND APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

*Pro se* Plaintiff Joseph C.M. Mosley filed a complaint against Defendant Detroit Board of Police Commissioners in which he alleges violations of the Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and related civil rights protections. (ECF No. 1.) Plaintiff also submitted an Application to Proceed Without Prepaying Fees or Costs, also known as application to proceed *in forma pauperis*. (ECF No. 2.)

Both written submissions fail to comply with Federal Rule of Civil Procedure 11(a). Rule 11(a) provides in relevant part that "[e]very pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The complaint and the application to proceed *in forma pauperis* are not signed and therefore do not comply with the signature requirement of Rule 11(a). Accordingly, both written submissions are stricken. Plaintiff may refile a complaint and an application to proceed *in forma pauperis* that contain his handwritten signature.

For reasons set forth above, the Court orders:

(1)    The complaint (ECF No. 1) and the application to proceed *in forma pauperis* (ECF No. 2) are STRICKEN and not part of the record.

(2)    If Plaintiff would like this case to proceed, he must submit a complaint and an application to proceed *in forma pauperis*[1] that contain his handwritten signature by **January 27, 2026**.

---

[1] To file a complete application to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Eastern District of Michigan's website offers a form that help *pro se* litigants comply with § 1915 requirements. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, MIED 240 (01/2025) APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (SHORT FORM) (2025).

**If Plaintiff fails to comply with this order, the case may be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.**

IT IS SO ORDERED.

Dated: January 6, 2026          s/Judith E. Levy
      Ann Arbor, Michigan          JUDITH E. LEVY
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 6, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager