**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Joseph C.M. Mosley,

                    Plaintiff,        Case No. 25-14155

v.                                Judith E. Levy
                                United States District Judge

Detroit Board of Police
Commissioners, *et al.*,        Mag. Judge Curtis Ivy, Jr.

               Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT [22]

The Court has reviewed Plaintiff's amended complaint. (ECF No. 22.) The Court strikes that document for the following reasons:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☒ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2. <u>Plaintiff's exhibits appear to have his unredacted social security number. (*See* ECF No. 22, PageID.257 (Page 29 of 138).) Plaintiff is advised to redact his social security number as these filings are accessible by the public.</u>

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☒ Other: <u>Nearly all of the amended complaint's exhibits are difficult to read because the images are very pixelated and low-resolution. Plaintiff is advised that his exhibits must be legible for his future filings.</u>

The document (ECF No. 22) is STRICKEN and not part of the record. The amended complaint must be refiled in full compliance with the applicable rule by **May 15, 2026**.

IT IS SO ORDERED.

2

Dated: April 30, 2026        s/Judith E. Levy
     Ann Arbor, Michigan      JUDITH E. LEVY
                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 30, 2026.

                        s/William Barkholz
                        WILLIAM BARKHOLZ
                        Case Manager